| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

CLIFFORD JAMES SMITH,

    Plaintiff,

v.

CHARTER COMMUNICATIONS, INC. (ST. LOUIS), PAUL G. ALLEN,

    Defendants.

CASE NO. CV 09-03716 RGK (AGRx)
Hon. Judge R. Gary Klausner

**[PROPOSED] ORDER GRANTING DEFENDANT PAUL G. ALLEN'S MOTION TO DISMISS THE COMPLAINT**

Date: April 19, 2010
Time: 9:00 a.m.
Location: Courtroom 850
          Roybal Federal Building

1     **THIS MATTER** having been opened to the Court by Defendant Paul G. Allen's
2 ("Mr. Allen") Motion to Dismiss the Complaint (the "Motion"), and this Court having
3 considered the filings of the parties on the Motion,
4     **IT IS** on this ____ day of _____, 2010, hereby
5     **ORDERED** that the Motion is **GRANTED.**  Plaintiff's Complaint as against Mr.
6 Allen must be dismissed with prejudice because Plaintiff's claims are expressly barred by
7 the Third-Party Releases contained the Plan of Reorganization for Charter
8 Communications, Inc., which was confirmed by the bankruptcy court of the Southern
9 District of New York.  See Stratosphere Litig. L.L.C. v. Grand Casinos, Inc., 298 F.3d
10 1137, 1143 (9th Cir. 2002); 11 U.S.C. § 1141(a).  The Complaint should furthermore be
11 dismissed because the claims asserted therein, brought pursuant to the Securities
12 Exchange Act of 1934, fail to satisfy the heightened pleading standards of the Private
13 Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b), and Fed. R. Civ. P. 9(b).
14 See Zucco Partners, LLC v. Digimarc Corp., 552 F.3d 981, 990-91 (9th Cir. 2009);
15 Tellabs, Inc. v. Makor Issues & Rights, Ltd., 551 U.S. 308, 324, 127 S. Ct. 2499, 2510,
16 168 L. Ed. 2d 179, 194 (2007).  To the extent Plaintiff asserts claims pursuant to the
17 Securities Act of 1933, they must also be dismissed because the Complaint fails to allege
18 facts sufficient to state such claims.  See Fed. R. Civ. P. 12(b)(6); Ashcroft v. Iqbal, 556
19 U.S. ___, ___, 129 S. Ct. 1937, 1949, 173 L. Ed. 2d 868, 884 (2009).
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1 | Accordingly, Plaintiff's claims against Defendant Paul G. Allen are dismissed with
2 | prejudice.
3 |
4 | Dated: _____, 2010        SO ORDERED:
5 |
6 |                                           _____
  |                                           United States District Judge
7 |
8 |
9 |
10 | Respectfully submitted,
11 | SKADDEN, ARPS, SLATE, MEAGHER &
   |    FLOM LLP
12 |
   |  /s/  *Douglas B. Adler*
13 | _____
14 | Douglas B. Adler (SBN 130749)
   | Douglas.Adler@Skadden.com
15 | Jason D. Russell (SBN 169219)
   | Jason.Russell@Skadden.com
16 | SKADDEN, ARPS, SLATE, MEAGHER &
   |    FLOM LLP
17 | 300 South Grand Avenue, Suite 3400
18 | Los Angeles, California  90071-3144
   | Telephone: (213) 687-5000
19 | Facsimile:  (213) 687-5600
20 | *Attorneys for Defendant Paul G. Allen*
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

2