C. Robert Boldt (SBN 180136)
robert.boldt@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Jeffrey S. Powell
jeff.powell@kirkland.com
Daniel T. Donovan
daniel.donovan@kirkland.com
KIRKLAND & ELLIS LLP
655 15th Street NW
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Attorneys for Charter Communications, Inc.

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD JAMES SMITH<br><br>Plaintiff,<br><br>vs.<br><br>CHARTER COMMUNICATIONS, INC. (ST. LOUIS), PAUL ALLEN<br><br>Defendants. | CASE NO. CV 09-3716 RGK (AGRX)<br><br>Hon. Judge R. Gary Klausner<br><br>**PROOF OF SERVICE**<br><br>Date: Monday, April 19, 2010<br>Time: 9:00 a.m.<br>Location: Courtroom 805, Roybal Federal Building |

# PROOF OF SERVICE

I, Keith Catuara, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 333 South Hope Street, Los Angeles, California 90071.

On February 23, 2010, I served a copy of the following document(s) described as:

1. **DEFENDANT CHARTER COMMUNICATIONS, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS;**

2. **MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT CHARTER COMMUNICATIONS, INC.'S MOTION TO DISMISS;**

3. **PROPOSED ORDER GRANTING DEFENDANTS' MOTION TO DISMISS; and**

4. **PROOF OF SERVICE**

on the interested parties in this action as follows:

☑ **By U.S. Mail**
By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, to the addressee(s) set forth below.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing.

☐ **By Overnight Mail**
By causing the document(s) listed above to be delivered to the addressee(s) set forth below on the following business morning by Federal Express Corporation or Express Mail.

Clifford James Smith
6024 Keswick Avenue
Riverside, CA 92506

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 23, 2010, at Los Angeles, California.

*/s/ Keith Catuara*
Keith Catuara